

# NUMBER 13-23-00430-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**AVEANNA HEALTHCARE, LLC,** **Appellant,**

**v.**

**MICHAEL CANO AND**
**MARINA CANO,** **Appellees.**

---

### On appeal from the 476th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Longoria, Silva, and Peña
### Memorandum Opinion by Justice Silva

This matter is before the Court on appellant's motion to dismiss. Appellant no longer wishes to pursue their appeal.

Having considered appellant's motion, we are of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is

GRANTED, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
4th day of January, 2024.